FILED
19 JAN 15 PM 3:16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ⟨signature⟩ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JESUS ANDRES BECERRA-BELTRAN,<br> aka Jesus Andres Beltran-Becerra,<br> aka Jose David Rodriguez,<br> aka Juan Fierro-Gutierrez,<br><br>               Defendant. | Case No.  19CR0196 LAB<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Sec. 1326(a) and (b) - Removed Alien Found in the United States |

The grand jury charges:

On or about October 4, 2018, within the Southern District of California, defendant JESUS ANDRES BECERRA-BELTRAN, aka Jesus Andres Beltran-Becerra, aka Jose David Rodriguez, aka Juan Fierro-Gutierrez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

CMMC:cms:(1)San Diego:1/14/19

It is further alleged that defendant JESUS ANDRES BECERRA-BELTRAN, aka Jesus Andres Beltran-Becerra, aka Jose David Rodriguez, aka Juan Fierro-Gutierrez, was removed from the United States subsequent to January 24, 2003.

DATED: January 15, 2019.

A TRUE BILL:

/s/ Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: /s/ Colin McDonald
COLIN M. MCDONALD
Assistant U.S. Attorney